# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

139895

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LESLIE SHANKSTER,
          Plaintiff-Appellee,

v

SC: 139895
COA: 284850
St. Clair CC: 07-001562-NF

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
          Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     YOUNG, J., would grant leave to appeal to consider whether ORV's are "motor vehicles" under the prior version of the no-fault statute in effect at the time plaintiff's claim arose.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

p0125